AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern                                  District of                                  Texas

UNITED STATES OF AMERICA

V.                                                                **WARRANT FOR ARREST**

Shawnetta Laruth Jones                      Case Number: 3:18-cr-00429-L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Shawnetta Laruth Jones._____
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petiton    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her (brief description of offense)

Conspiracy to Acquire a Firearm from a Licensed Firearms Dealer by False or Fictitious Statement; Acquiring a Firearm from a Licensed Firearms Dealer by False or Fictitious Statement; Aiding and Abetting; False Statement with Respect to Information Required to be Kept in Records of a Licensed Firearms Dealer; Felon in Possession of a Firearm and Ammunition; Aiding and Abetting.

in violation of Title __18__ United States Code, Section(s) __371; 922(a)(6) and 2; 924(a)(1)(A); 922(g)(1) and 2)__

Karen Mitchell, U.S. District Court Clerk                           _Karen Mitchell_
Name and Title of Issuing Officer                                           Signature of Issuing Officer

U.S. Magistrate Judge Irma C. Ramirez                            8/29/2018                    Dallas
                                                                                                Date                         Location

By: _s/ A. Aguilar_
       Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

_Dallas, TX 75242_

| DATE RECEIVED 8/29/2018 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/5/2018 | Kenneth Benton, ATF SA | _Kenneth Benton_ |

ATF                                                                                                    10631(2)