IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXSAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NUMBER 3:18-CR-00429-L |
| | § | |
| Versus | § | |
| | § | |
| SHAWNETTA LARUTH JONES (1) | § | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant SHAWNETTA LARUTH JONES, through undersigned counsel, William A. Pigg of the Law Offices of William A. Pigg, PLLC, and brings this Unopposed Motion to Substitute Counsel, requesting the Court remove current counsel, Gabriela Vega, as counsel of record and to substitute William A. Pigg as attorney of record for Defendant in this cause, and in support thereof would show:

1. Ms. Vega was previously appointed by this court to represent the Defendant in these causes. The Defendant no longer desires to be represented by current counsel and wishes to hire William A. Pigg as counsel.

2. William A. Pigg has been employed to represent the Defendant in this case. This Motion is not brought for delay, but to allow Defendant to be represented by counsel of her choice.

**WHEREFORE, PREMISES CONSIDERED,** Shawnetta LaRuth Jones prays that the Court enter an order substituting William A. Pigg as attorney of record in this cause.

Respectfully submitted,

WILLIAM A PIGG PLLC

By: /s/William A. Pigg
10455 N. Central Expressway
Suite 109
Dallas, Texas 75231
Tel: (214) 551-9391
Fax: (214) 602-8832
State Bar No. 24057009
wapigg@pigglawfirm.com
Attorney for Shawnetta LaRuth Jones

## CERTIFICATE OF CONFERENCE

This is to certify that on September 24, 2018, I contacted attorney Gabriela Vega at the Federal Public Defender's Office by telephone to inform her of the referenced motion for substitution of counsel. I also am providing a copy of the foregoing motion to Ms. Vega's office via electronic mail today. Ms. Vega has expressed no objection to the substance of this motion or Counsel to be substituted for Ms. Vega.

/s/William A. Pigg

## CERTIFICATE OF SERVICE

This is to certify that on September 24, 2018, this office served a true and correct copy of the foregoing Motion to Substitute Counsel on the United States Justice Department via the Office of the United States Attorney in Dallas via email and electronic service.

/s/William A. Pigg