UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:18-CR-00429-L |
| | § | |
| SHAWNETTA LARUTH JONES | § | |

## ORDER RESETTING TRIAL

Before the court is Defendant Shawnetta Laruth Jones's Unopposed Motion for Trial Continuance, filed October 10, 2018. Upon consideration of the motion and the applicable law, and in accordance with the findings set forth below, the court determines that the motion should be and is hereby **granted**.

Defendant Jones requests a continuance because defense counsel needs additional time to evaluate the case and conduct plea negotiations. Further, additional time is needed to determine whether Defendant's testimony is required in the underlying State Court criminal proceeding. In accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the court finds that the ends of justice served by granting this motion for continuance outweigh the best interest of the public and Defendant in a speedy trial. In this regard, the court has considered factors indicating that its failure to grant this motion would deny counsel for Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, any period of delay resulting from the court's granting the motion for continuance shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

Accordingly, the current trial setting of November 13, 2018 is hereby **vacated**, and this case is **reset** for trial on **Monday, January 28, 2019,** at **9:00 a.m.**

The following revised scheduling order is issued for Shawnetta Laruth Jones (1):

**Motion Deadline**: November 30, 2018, at 4:00 p.m.

**Motion Response Deadline**: December 14, 2018, at 4:00 p.m.

**Replies:**   No replies to any motion may be filed without leave of court.

**Trial Setting**: Monday, January 28, 2019, at 9:00 a.m.

**The court's response-to-motion deadline is the date listed only if the motion is filed on the motion deadline; otherwise, the response should be filed in accordance with the court's Local Rules of Criminal Procedure.**

All other portions of the court's original Criminal Trial Scheduling Order remain in effect.

**It is so ordered** this 12th day of October, 2018.

_____
Sam A. Lindsay
United States District Judge